

# Fourth Court of Appeals

## San Antonio, Texas

April 04, 2013

No. 04-13-00093-CV

Arthur **RAKOWITZ**,
Appellant

v.

**BEXAR COUNTY SHERIFFS DEPT.**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-01314
Barbara Hanson Nellermoe, Judge Presiding

## O R D E R

Appellant is appealing the trial court's denial of his application for a temporary restraining order based on a lack of jurisdiction. Appellate courts have jurisdiction over final judgments and interlocutory orders the Legislature deems appealable by statute. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); *Ruiz v. Ruiz*, 946 S.W.2d 123, 124 (Tex. App.—El Paso 1997, no pet.). A party may appeal from an interlocutory order that grants or denies a temporary injunction or overrules a motion to dissolve a temporary injunction. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(4) (West Supp. 2012). However, a temporary restraining order is generally not an appealable order. *In re Tex. Natural Res. Conservation Comm'n*, 85 S.W.3d 201, 205 (Tex. 2002) (orig. proceeding); *see also In re Newton*, 146 S.W.3d 648, 652-53 (Tex. 2004) (orig. proceeding).

Because it appears we lack jurisdiction over this appeal, appellant is hereby ORDERED to show cause in writing no later than May 6, 2013 why this appeal should not be dismissed for

lack of jurisdiction.  All other appellate deadlines are HELD IN ABEYANCE pending further

order of this court.

_____
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of April, 2013.

_____
Keith E. Hottle, Clerk of Court



April 04, 2013

No. 04-13-00093-CV

Arthur **RAKOWITZ**,
Appellant

v.

**BEXAR COUNTY SHERIFFS DEPT.**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-01314
Barbara Hanson Nellermoe, Judge Presiding

# O R D E R

Appellant is appealing the trial court's denial of his application for a temporary restraining order based on a lack of jurisdiction. Appellate courts have jurisdiction over final judgments and interlocutory orders the Legislature deems appealable by statute. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); *Ruiz v. Ruiz*, 946 S.W.2d 123, 124 (Tex. App.—El Paso 1997, no pet.). A party may appeal from an interlocutory order that grants or denies a temporary injunction or overrules a motion to dissolve a temporary injunction. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(4) (West Supp. 2012). However, a temporary restraining order is generally not an appealable order. *In re Tex. Natural Res. Conservation Comm'n*, 85 S.W.3d 201, 205 (Tex. 2002) (orig. proceeding); *see also In re Newton*, 146 S.W.3d 648, 652-53 (Tex. 2004) (orig. proceeding).

Because it appears we lack jurisdiction over this appeal, appellant is hereby ORDERED to show cause in writing no later than May 6, 2013 why this appeal should not be dismissed for

lack of jurisdiction.  All other appellate deadlines are HELD IN ABEYANCE pending further

order of this court.

/s/ Sandee Bryan Marion
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of April, 2013.

/s/ Keith E. Hottle
Keith E. Hottle, Clerk of Court

ENTERED THIS 4TH DAY OF April, 2013.

Vol. _____ Page _____